People v Gonzalez (2023 NY Slip Op 50472(U))

[*1]

People v Gonzalez (Henry)

2023 NY Slip Op 50472(U) [78 Misc 3d 135(A)]

Decided on May 16, 2023

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on May 16, 2023
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Hagler, P.J., Tisch, Michael, JJ.

570086/18 

The People of the State of New
York, Respondent,
against
Henry Gonzalez,
Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York,
New York County (Lyle E. Frank, J. at trial and sentencing; Phyllis Chu, J. at
resentencing), rendered August 15, 2018, after a nonjury trial, convicting him of
harassment in the second degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Lyle E. Frank, J. at trial and sentencing; Phyllis Chu, J. at
resentencing), rendered August 15, 2018, affirmed.
The verdict convicting the defendant of harassment in the second degree (see
Penal Law § 240.26[1]) was supported by legally sufficient evidence and was not
against the weight of the evidence (see People v Danielson, 9 NY3d 342,
348-349 [2007]). The evidence, including photographs of the victim's injuries,
established that defendant slapped the victim's face during a domestic dispute and did so
with the intent to harass, annoy or alarm (see Penal Law § 240.26; People v Mack, 76 AD3d
467, 468 [2010], lv denied 15 NY3d 922 [2010]). Inconsistencies in the
witness's testimony and other matters bearing on credibility were properly placed before
the trier of fact, and we find no reason to disturb its determination.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 16, 2023